UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **Unsealing Order** |
|---|---|
| – v. – | 24 Cr. 178 |
| RUI-SIANG LIN, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ryan Finkel;

It is found that the Complaint No. 24 Mag. 351 is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment partially unsealed, and it is therefore:

ORDERED that Complaint No. 24 Mag 351, *United States v. Lin* be unsealed and remain unsealed pending further order of the Court.

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court except that account information and cryptocurrency wallet information in the Indictment's forfeiture allegations shall remain sealed.

Dated: New York, New York
May 20, 2024

HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK