AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Crim. 178 |
| Rui-Siang Lin | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rui-Siang Lin.

Date: 05/28/2024

/s/Noam Biale
*Attorney's signature*

Noam Biale - 5055694
*Printed name and bar number*

Sher Tremonte LLP
90 Broad St. 23rd Fl.
New York, NY 10004

*Address*

nbiale@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*