Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

```
U.S. DISTRICT COURT
FILED
FEB 17 2026
SOUTHERN DISTRICT OF
NEW YORK
```

Caption:

United States of America v.

Rui-Siang Lin

Docket No.: 24-cr-178

Honorable Colleen McMahon
(District Court Judge)

Notice is hereby given that _____ Rui-Siang Lin _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ]
_____
(specify)

entered in this action on February 5, 2026.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: February 3, 2026   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel?  Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Noam K. Biale (CJA appointed) |
| Counsel's Address: | Sher Tremonte LLP |
| | 90 Broad St., Flr. 23, New York, NY 10004 |
| Counsel's Phone: | (212) 202-4156 |
| Assistant U.S. Attorney: | Ryan B. Finkel |
| AUSA's Address: | United States Attorney's Office, SDNY, |
| | 26 Federal Plaza, 37th Floor New York, NY 10278 |
| AUSA's Phone: | (212) 637-6612 |


Signature

Case 1:24-cr-00178-CM   Document 64   Filed 02/05/26   Page 1 of 1

# SHER TREMONTE LLP

February 5, 2026

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-26
```

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

2/5/26

Re:   *United States v. Rui-Siang Lin*
      Case No. 24-CR-178 (CM)

Dear Judge McMahon:

I represent Rui-Siang Lin. I write to the Court regarding two requests discussed on the record at Mr. Lin's sentencing on February 3, 2026.

First, at the conclusion of the sentencing, I requested that the Court appointment me as Mr. Lin's counsel pursuant to the Criminal Justice Act to advise him about his appellate rights, which the Court granted. I have spoken to the CJA Clerk who has informed me that an order to that effect must be entered on the docket, and so I respectfully request that the Court do so.   *So ordered*

Second, at sentencing, I stated that I would write to the Court concerning a request for a recommendation for a Bureau of Prisons Facility designation. Having consulted with my client, I respectfully request that the Court issue an amended judgment that includes a recommendation that Mr. Lin be designated to FCI Allenwood.   *So Ordered.*

I appreciate the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale

*Attorney for Rui-Siang Lin*

cc:   All counsel (by ECF)

(1) Counsel appointed to represent Mr. Lin pursuant to CJA; and

(2) Amended judgment to be filed with BOP designation request.

90 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL. 212.202.2600 | FAX. 212.202.4156