# EXHIBIT A



# dread

frontpage    all    dread                                                    🔍    Login    or    Register

## /d/Antinalysis


3

### Introducing Antinalysis Exchange: a Revolutionary Exchange for Bitcoin and Monero 📌

by **/u/pharoah** `Egyptian Analyst` • 7 months ago* in **/d/Antinalysis**

> https://antinalysis.org
>
> http://pdcdvggsz5vhzbtxqn2rh27qovzga4pnrygya4ossewu64dqh2tvhsyd.onion

Welcome to Antinalysis, the cutting-edge exchange that prioritizes privacy and security in Bitcoin to Monero (BTC to XMR) transactions. Our unique approach ensures that each BTC address is isolated, preventing coin splitting and offering unparalleled anonymity. With a minimal 0.5% fee on the maker side (BTC to XMR) and zero fees on the taker side (XMR to BTC), Antinalysis is reshaping the landscape of cryptocurrency exchanges.

At Antinalysis, we understand the importance of maintaining the privacy of our users. When initiating a BTC to XMR exchange, if your offer goes unmatched, it will automatically be canceled, and the funds will be promptly refunded to your account. This eliminates any worries about your funds being tied up indefinitely. Additionally, our system ensures that each address is isolated from one another, further safeguarding your transactions and protecting your privacy.

We recognize that the current model may not be ideal for everyone, but we firmly believe that a peer-to-peer (P2P) exchange with BTC as the maker is the most effective way to source clean BTC. Traditional non-KYC coinswaps face significant challenges when tainted coins enter circulation. By generating a unique BTC address for each exchange offer and fixing the amounts, we ensure that the entire balance in that address is exchanged, minimizing any potential risks associated with tainted coins.

One of the key advantages of using Antinalysis is our fee structure. We take the fee from the Monero side, which means that the BTC outputs never get entangled, bidding farewell to blockchain analysis. This approach enhances the privacy and security of your transactions, as fees are charged from the more popular end without bundling addresses that could link BTC transactions.

Here's how the process works:
- User1 initiates an exchange offer by sending 1 BTC to change for 180 XMR.
- The offer is then initialized, and User1 sets the expiry and rate.
- User2, upon seeing the offer in the pool, takes it and sends 180 XMR to the exchange.
- User2 locks the offer for his order once the broadcasted tx is detected by our system (unconfirmed)
- Exchange executes once the tx from User2 is confirmed onchain.
- In return, the exchange sends User2 the 1 BTC output and constructs the transaction in a way that the fees are taken from that specific output, resulting in User2 receiving approximately 0.995 BTC.
- Furthermore, 180 XMR minus the 0.5% service fee is sent to User1.

User1 can confirm the receipt of funds at any time within the set expiry period, while User2 has a limited window of 30 minutes for the XMR transaction to confirm. This model effectively solves the problem of Bitcoin transactions taking longer to confirm than XMR and ensures that fees are charged in a manner that maximizes privacy and security.

Experience the future of private BTC to XMR exchanges with Antinalysis. Join us today and discover a new standard of privacy, security, and efficiency in your cryptocurrency transactions.

7 comments

## Comments

---



### /d/Antinalysis
132 subscribers

**SUBSCRIBE**

**SUBMIT A POST**

Status: Online

> https://antinalysis.org
>
> http://pdcdvggsz5vhzbtxqn2rh27qo vzga4pnrygya4ossewu64dqh2tvhsy d.onion

Sponsored by **/d/IncognitoMarket**



Advertise here                    View All

🛡 **Moderators**

/u/pharoah  `Egyptian Analyst`

**MESSAGE THE MODS**

Created by **/u/pharoah**
(2 years ago)

# dread

Login   or   Register

## Comments

Sort comments by **Top**

▲ /u/SexyPenguin  3 points  7 months ago
▼ A website used to analyze crypto transactions wants us to send and receive money to/from them? Sussy baka.

▲ /u/pharoah 📢 Egyptian Analyst  1 points  7 months ago*
▼ Basically, the idea is to help people maintain privacy. Our analysis software no longer works since we failed to obtain new address tags after December last year, so we simply switched gears. That and the fuckery with fixedfloat.

▲ /u/VendorOpsecLOL  -1 points  7 months ago
▼ SO TRUE, FIXEDFLOAT ISSUE WAS JUST A LIE TO GET SOME ATTENTION HAHA

▲ /u/SexyPenguin  2 points  7 months ago
▼ Nah fixedfloat does seize crypto marked on chainalysis. It's happened to me before.

▲ /u/pharoah 📢 Egyptian Analyst  1 points  7 months ago
▼ Nah, that really happened, only sped up our timetable. Wasn't gonna launch til next month originally.

▲ /u/MidnightOil  2 points  7 months ago
▼ It sounds like Antinalysis is trading convenience for security when compared to other exchanges. So just to make sure I'm understanding this correctly:

Antinalysis:
Pros:
Unique Bitcoin address for every transaction, effectively washing the coins for the Taker
Very low fees.

Cons:
Slow. Transfer only happens when another user accepts the exchange.
Fixed transfer amounts. You can only transfer as much XMR->BTC as the Maker chooses.

Exchange:
Pros:
Fast. Transactions happen as scheduled, not as Takers appear.
No fixed amount. All users choose their own transfer amount.

Cons:
Mixed coins. If dirty coins enter, it can taint associated transactions.
Higher fees.

▲ /u/dankservices  1 points  7 months ago
▼ .5% is pretty low fees most exchanges listed on bestchange is above .5% and in the range of 1% to 2% for XMR>BTC and BTC>XMR

---



## /d/Antinalysis
132 subscribers

SUBSCRIBE

SUBMIT A POST

Status: Online

https://antinalysis.org

http://pdcdvggsz5vhzbtxqn2rh27qo
vzga4pnrygya4ossewu64dqh2tvhsy
d.onion

Sponsored by /d/IncognitoMarket

WE ARE PROUD TO SERVE YOU FOR 4 YEARS
YOU CAN FIND WHICH MARKETS WE ARE ON BY CHECKING OUR PERSONAL SUB
RAMBO
RAMBOUK2UK    THANK YOU FOR CHOOSING RAMBO.

Advertise here                    View All

🛡 Moderators

/u/pharoah  Egyptian Analyst

MESSAGE THE MODS

Created by /u/pharoah
(2 years ago)