# EXHIBIT E



frontpage    all    dread    Login  or  Register

# /d/OpSec

Rules | Tor Browser Security Guide | PGP Guide | DNM Bible | Dread's Canary



**/d/OpSec**
45,995 subscribers

SUBSCRIBE

SUBMIT A POST

Please keep all posts related purely to OpSec for single-purposefulness.

Please do not post anything not related to Operational Security. Please search for the proper subdread (they exist).

Discussion of OpSec, Threat Models, Vulnerabilities, Best Practices for OpSec, Assessment & Countermeasures.

All members of this sub are encouraged to think about, discuss, and share ideas relating to OpSec.

**5**

## Important: Potential Shinjiru Compromise

by /u/pharoah • 1 year ago* in /d/OpSec

For those who don't know, Shinjiru is an offshore hosting company based in Malaysia that many hidden service operators love to use.

Before Cartel and Monopoly went offline, there was a six hour "maintenance" (full power outtage) at one of Shinjiru's data center that hosts all of the company's dedicated hosting plans. The official reason is that the maintenance is used to upgrade the data center's power source. However, it sounds weird that there doesn't exist some sort of backup power source or an uninterruptible power supply in place, especially since dedicated hosting plans are commonly shitloads more expensive than other ones.

In other words, if you use Shinjiru's dedicated hosting plans, it's highly likely that the data center your server is in either got raided or is under investigation. Please take extra caution on this, since there are several cases where LE secretly makes a full clone of the servers to either investigate or exploit (i.e. Silk Road 1).

3 comments



Advertise here    View All

## Moderators

/u/HugBunter  **A**
/u/HeadJanitor  **Moderator**
/u/Pygmalion  **Vendor Opsec**
/u/newbieforever2018  *"You've got ★bail★"*
/u/Bluefin  **The Specialist Mod**

MESSAGE THE MODS

Created by /u/Cannablys
(5 years ago)

## Comments

Sort comments by Top

---

**-** ▲ /u/[deleted]  1 points  1 year ago
   ▼ its not hard to run a service on your computer

---

**-** ▲ /u/zblackmilkz  1 points  1 year ago
   ▼ Where did you find this information ?

   **-** ▲ /u/pharoah 📣  1 points  1 year ago
      ▼ their announcement page

---

What is dread?           Site rules              Store
Updates                  Donate                  Top Donators
Harm Reduction           Privacy                 Night mode
Advertise                Dreadiquette            Recon
Contact us               Market Standards        Canary