# EXHIBIT H


# dread



## /d/IncognitoMarket

| Terms of Service | Allowed Items | Market PGP Key | FAQ | Mirrors |
|---|---|---|---|---|

### /d/IncognitoMarket
9,511 subscribers

**SUBSCRIBE**

**SUBMIT A POST**

Welcome to the true Incognito Mode. We don't prey on your data. We don't siphon your funds. We're here to provide a service, and we plan to do it well.

Load Speed: Turbo

Mirrors (Onion/I2P/Rotator):
/post/4f646b759e01252c86a7

Listed On:
Darknetlive⚠️
Dark.fail⚠️
/d/Recon
/d/Superlist

1

⬆️
1
⬇️

### Blanket Ban on Opioids Lifted
by /u/pharoah `Incogbot` · 1 year ago in /d/IncognitoMarket

Dear all,

The ban on opioid products is now lifted. However, fentanyl and related chemicals remain banned.

Cheers

9 comments



Advertise here                            View All

## Comments

 Sort comments by Top

⚙️ **Moderators**

/u/IncognitoOfficial `Official Rep`

/u/CurlyDock `Support PR`

/u/pharoah `Incogbot`

/u/Burian `Support Mod`

**MESSAGE THE MODS**

Created by /u/[deleted]
(3 years ago)

 ⬆️ /u/HorseloverFat  3 points  1 year ago
⬇️

Good luck enforcing the ban on fent, fentalogues, and presumably RC opioids such as the etazene compounds which are equally or more potent than the fents.

Here's some tips to help: any "straight from the pharmacy", "pure pharmaceutical grade" oxycodones (M30s and such) listed at $10/pill contain one of the aforementioned banned substances.

Same applies to any listings for "fent-free China White Heroin" or "fent-free #4 H" going for $80-100/g.

This ban incentives vendors to lie when their products are tainted with these chemicals, so in my uninformed, hastily formed opinion, it may be better to allow fent and fent-containing products so long as they are categorized and labeled as such.

⬆️ /u/The-Naughty-Nurse-Reserve `vendor`  1 points  1 year ago
⬇️

finally !

Thanks guys ;-)

 ⬆️ /u/packflipperYBvendor  1 points  1 year ago
⬇️

since this is the case:

Blanket Ban on Opioids Lifted
by /u/[deleted] Incogbot • 1 hour ago in /d/IncognitoMarket

Dear all,

# dread

frontpage    all    dread           Login   or   Register

**−** ▲ /u/packflipperYBvendor   1 points   1 year ago
▼

since this is the case:

Blanket Ban on Opioids Lifted
by /u/[deleted] Incogbot • 1 hour ago in /d/IncognitoMarket
Dear all,

The ban on opioid products is now lifted. However, fentanyl and related chemicals remain banned.

Cheers

can we please have our account reinstated as that's what we where selling at the time? account name is: packflipper

thanks in advance for all the help.

**−** ▲ /u/onceuponabar1   1 points   1 year ago
▼

I have a genetic issue where I don't metabolize most opium based products do, EVERY. SINGE. PILL (excluding pharmas) is made of fent or fent related, I only get relief from synthetics and just because some assholes misused, I have to get extremely lucky if I find a fent based one bc cancer pain and doctors that refuse my needed pain options. I was about to place a large Synthetic China White order that finally allowed me to feel human... But some assholes way back misused and ruined it for legitimate users like me.

... Just fucking sucks 0/3 D0R vendors aren't anywhere yet and all markets I find ban it but not the pills. Proper vendors should be vetted first, but blanket bans just encourage deceit.

**−** ▲ /u/RedLightLabs   1 points   1 year ago
▼

I don't see any vendors listing any H yet.
Is this allowed right now?

   **−** ▲ /u/pharoah 📣 `Incogbot`   2 points   1 year ago
   ▼

   Only fent and related chemicals are banned.

     **−** ▲ /u/HorseloverFat   1 points   1 year ago*
     ▼

     So how are you enforcing that rule for vendors who are selling H either mixed with fent. or fent doctored to fool our perceptions and appear to be H?

     (I've seen unsubstantiated but plausible reports of vendors spraying or mixing vinegar in with their powder to mimic the leftover vinegary smell that real heroin has due to use of acetic anhydride during its production).

     I recognize that this is mainly a North American problem--that fake/heavily adulterated heroin dominates the market supply here, and it's not impossible (yet) for U.S. vendors to source and sell the real deal. Certainly we want those guys on the markets but when the vast majority of "dope" imported and sold in the U.S. is tainted, the odds of them having product unadulterated with fent or potent RC opioids are slim.

     So when a U.S. vendor applies to sell H on your market, how will you verify he is selling what he claims? On most markets the users often bear the burden or proving or disproving a vendor's claims about fent since some vendors deliberately lie about it or do not test it themselves because they take their plugs' words for it.

     So to prove that the vendor's gear is tainted, customers usually bear the burden of proving adulteration. Usually that manifests as a user here on dread testing the gear and/or sending it in for lab analysis and posting pics of the results in a product review thread. By this point he's risked his coin and the possible public repercussions such as getting doxxed for contradicting the vendor's claims.

     Perhaps to make things more equitable, if a potential vendor wants to sell H on your market, you could require the he provide some evidence beyond his good word before he is approved. A couple (3x) negative fent test strip results with timestamps sent to market admin, for example.



## /d/IncognitoMarket
9,511 subscribers

**SUBSCRIBE**

**SUBMIT A POST**

Welcome to the true Incognito Mode. We don't prey on your data. We don't siphon your funds. We're here to provide a service, and we plan to do it well.

Load Speed: **Turbo**

Mirrors (Onion/I2P/Rotator):
/post/4f646b759e01252c86a7

Listed On:
**Darknetlive**⚠️
**Dark.fail**⚠️
/d/Recon
/d/Superlist


Advertise here            View All

## 🛡 Moderators

/u/IncognitoOfficial `Official Rep`
/u/CurlyDock `Support PR`
/u/pharoah `Incogbot`
/u/Burian `Support Mod`

**MESSAGE THE MODS**

Created by /u/[deleted]
(3 years ago)

Only fent and related chemicals are banned.

**/u/HorseloverFat**   1 points   1 year ago*

So how are you enforcing that rule for vendors who are selling H either mixed with fent. or fent doctored to fool our perceptions and appear to be H?

(I've seen unsubstantiated but plausible reports of vendors spraying or mixing vinegar in with their powder to mimic the leftover vinegary smell that real heroin has due to use of acetic anhydride during its production).

I recognize that this is mainly a North American problem--that fake/heavily adulterated heroin dominates the market supply here, and it's not impossible (yet) for U.S. vendors to source and sell the real deal. Certainly we want those guys on the markets but when the vast majority of "dope" imported and sold in the U.S. is tainted, the odds of them having product unadulterated with fent or potent RC opioids are slim.

So when a U.S. vendor applies to sell H on your market, how will you verify he is selling what he claims? On most markets the users often bear the burden or proving or disproving a vendor's claims about fent since some vendors deliberately lie about it or do not test it themselves because they take their plugs' words for it.

So to prove that the vendor's gear is tainted, customers usually bear the burden of proving adulteration. Usually that manifests as a user here on dread testing the gear and/or sending it in for lab analysis and posting pics of the results in a product review thread. By this point he's risked his coin and the possible public repercussions such as getting doxxed for contradicting the vendor's claims.

Perhaps to make things more equitable, if a potential vendor wants to sell H on your market, you could require the he provide some evidence beyond his good word before he is approved. A couple (3x) negative fent test strip results with timestamps sent to market admin, for example.

Something like this is feasible because if junkies can use test strips, then so can vendors. And of course, I'd limit this requirement to U.S.-based vendors since the EU, UK, and AUS have largely avoided the fent plague that has swept over North America.

/u/pharoah, if you spend an hour over on /d/opiates, you should realize that a few "established" vendors from other markets have been peddling tainted "H". Are you assuming because of ratings on past markets that the H must be clean? And that the majority of customers fear leaving bad reviews for dirty gear marketed as claim because they fear retribution?

Also, the black tar vendors have tended to have clean stuff, so this whole tirade was not so much directed to them as it is to those who sling powders as "Fent-free {and RC opioid-free} #4 Heroin chloride."

**/u/pharoah**      1 points   1 year ago*

We'll be adding an update concerning that in a bit.

Edit: Updated /post/36b6f5e19ad3f965de77

**/u/HorseloverFat**   1 points   1 year ago

That's awesome and I really hope this works out. It's encouraging to see a market respond swiftly to address these sorts of concerns.

What is dread?    Site rules    Store
Updates    Donate    Top Donators
Harm Reduction    Privacy    Night mode
Advertise    Dreadiquette    Recon
Contact us    Market Standards    Canary



**/d/IncognitoMarket**

9,511 subscribers

SUBSCRIBE

SUBMIT A POST

Welcome to the true Incognito Mode. We don't prey on your data. We don't siphon your funds. We're here to provide a service, and we plan to do it well.

Load Speed: **Turbo**

Mirrors (Onion/I2P/Rotator):
/post/4f646b759e01252c86a7

Listed On:
**Darknetlive** ⚠️
**Dark.fail** ⚠️
/d/Recon
/d/Superlist



Advertise here        View All

Moderators

/u/IncognitoOfficial   Official Rep

/u/CurlyDock   Support PR

/u/pharoah   Incogbot

/u/Burian   Support Mod

MESSAGE THE MODS

Created by /u/[deleted]
(3 years ago)



## /d/IncognitoMarket

| Terms of Service | Allowed Items | Market PGP Key | FAQ | Mirrors |



▲
**7**
▼

by  pharoah [Incogbot] · 3 years ago*

### Rolling Update - March 3rd - Harm Reduction and Leaderboard 📤

Glad that I get to introduce this feature on my 100th Dread post.

Major Features/Changes:
- Added Fent-Free listings
- Added leaderboard page

Bug Fix
- Fixed issue where the navbar collapsed at default tor browser size.

As per /u/HorseloverFat's suggestion at /post/298278910975556ef107/#c-0d644f3c84012c87e9, we're now implementing a harm reduction mechanism on Incognito. How it works is as follows:

1. Vendor includes an image including part of the item, a handwritten timestamp and a negative fent strip on one of the listing image slots.
2. The vendor acknowledge in the next field that the information is true and agrees that he/she will be banned from the market if false information is provided.
3. Fent-Free banner will appear on listings that finish the above steps.

Please let us know immediately if a vendor is providing false information, or that the listing is marked Fent-Free but does not provide images in accordance to the above rules.

Updates this past week:
- /post/ddf0e889166e7c4dc8bf Major Update (New) - March 1st, Brand New UI and Introducing Punk Avatars
- /post/c55b96125a3562233f7f Rolling Update - March 2rd

3 comments

## Comments

This post has been automatically archived, no new responses may be added.

 Sort comments by **Top**

– ▲▼  **GanjaZon** 1 points 3 years ago*

This is great thanks a lot guys.

We will update handwritten name pictures on all our items later today to be in regulation with the rules.

King Regards
Ganjazon

Reply     Permalink

– ▲▼  **swplug** 1 points 3 years ago*

So listings that contain fent are allowed as long as its not advertised as fent free?

Reply     Permalink

   – ▲▼  **pharoah** 🎏 1 points 3 years ago*

   Fent is banned, Fent-Free banners is just an extra step in verifying the listings do not contain fent

   Reply     Permalink

 dread

What is dread?           Site rules              Store
Harm Reduction          Donate                  Top Donators
Fundraising             Privacy                 Night mode
Advertise               Dreadiquette            Canary
Contact us              Market Standards